

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.**, a Minor Child

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
Honorable Selina Nava Mireles, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the portion of the trial court's order appointing the Texas Department of Family and Protective Services as C.C.'s temporary managing conservator is AFFIRMED. The portion of the trial court's order terminating L.C.'s parental rights is REVERSED, and we RENDER judgment denying the Texas Department of Family and Protective Services's petition to terminate L.C.'s parental rights.

SIGNED November 25, 2020.

_____
Beth Watkins, Justice